UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-18091
WILLLIE ROBINSON )
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Modify is GRANTED.

It is hereby ORDERED that:

1) The Debtor's Chapter 13 Plan payment default is deferred until the end of his Plan.

2) Debtor's Chapter 13 Plan base shall remain the same.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 09, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com